UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **WAYNE APPLEGATE, individually and on behalf of all others similarly situated,**<br><br>v.<br><br>**BUCKEYE PARTNERS, L.P.** | Case No. 2:21-cv-791-MRH<br><br>JURY TRIAL DEMANDED<br><br>CLASS/COLLECTIVE ACTION<br><br>PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF STIPULATED SETTLEMENT CLASS AND APPROVAL OF NOTICE FORM**

The Parties request this Court grant the unopposed Motion to Approve the Collective Action Settlement and thereby (i) approve the collective action settlement agreement; (ii) certify the Stipulated Settlement Class set forth in Section 12 of Exhibit 1 pursuant to 29 USC § 216(b) for settlement purposes only, (iii) approve the form of Notice to Settlement Class Members attached as Exhibit A to Exhibit 1, and (iv) dismiss the above-captioned case with prejudice with the parties to bear their own respective costs, attorney's fees and expenses, except as otherwise explicitly agreed to between the parties.

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
    Michael A. Josephson
    PA Bar No. 308410
    Andrew W. Dunlap
    Texas Bar No. 24078444
    Carl A. Fitz
    Texas Bar No. 24105863
    **JOSEPHSON DUNLAP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    Telephone: (713) 352-1100
    Telecopier: (713) 352-3300

mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

Joshua P. Geist
PA I.D. No. 85745
**Goodrich & Geist, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This pleading was served on all counsel of record via the Court's CM/ECF system in compliance with Rule 5 of the Federal Rules of Civil Procedure on May 12, 2022.

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap