UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| WAYNE APPLEGATE, individually and on behalf of all others similarly situated,<br><br>v.<br><br>BUCKEYE PARTNERS, L.P. | Case No. 2:21-cv-791-MRH<br><br>JURY TRIAL DEMANDED<br><br>CLASS/COLLECTIVE ACTION<br><br>PURSUANT TO 29 U.S.C. § 216(b)/<br>FED. R. CIV. P. 23 |

[PROPOSED] ORDER GRANTING MOTION FOR APPROVAL
OF COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF
STIPULATED SETTLEMENT CLASS AND APPROVAL OF NOTICE FORM

This Court grants the unopposed MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, CERTIFICATION OF STIPULATED SETTLEMENT CLASS AND APPROVAL OF NOTICE FORM (the "Motion") and thereby

(i) approves the collective action settlement agreement;

(ii) (ii) certifies the following Stipulated Settlement Class pursuant to 29 USC § 216(b) for settlement purposes only: all inspectors who did work for or on behalf of Buckeye Partners, L.P. or its affiliates since June 17, 2018, who were paid a day rate with no overtime, and who were affiliated with Pinpoint Pipeline Inspection & Testing LLC;

(iii) (iii) approves the form of Notice to Settlement Class Members attached as Exhibit A to Exhibit 1 of the Motion; and

(iv) (iv) dismisses the above-captioned case with prejudice with the Parties to bear their own respective costs, attorney's fees and expenses, except as otherwise explicitly agreed to between the Parties.

Dated: May 27, 2022

_____
Chief District Judge